IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles William Carter,              :

    Plaintiff,                   :

  v.                                 :    Case No. 2:05-cv-0380

Reginald A. Wilkinson, et al.,       :    JUDGE MARBLEY

    Defendants.                  :

<u>ORDER</u>

    This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on September 27, 2007 (#76). The Magistrate Judge recommended that the motion for preliminary injunction filed by plaintiff Charles William Carter (#55) be denied. On October 11, 2007, Mr. Carter filed an objection (#82) to the Report and Recommendation. For the following reasons, the Court will overrule Mr. Carter's objection and adopt the Report and recommendation in its entirety.

    When objections are received to a magistrate judge's report and recommendation on a dispositive matter, the district judge "shall make a <u>de</u> <u>novo</u> determination of any portion of the magistrate judge's disposition to which specific written objection has been made...." Fed. R. Civ. P. 72(b). After review, the district judge "may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." <u>Id</u>., <u>see</u> <u>also</u> 28 U.S.C. §636(b)(2)(B).

    Mr. Carter's objection does not address the denial of his motion for preliminary injunction, but merely incorporates a surreply in opposition to the motion to dismiss filed by defendants Betty Montgomery, Jim Petro, Todd B. Marti, and J.

Eric Holloway (#70). That motion was the subject of a separate Report and Recommendation (#85) which was recently adopted by this Court (#124). Because Mr. Carter has failed to make a specific written objection to this Report and Recommendation (#76), <u>de</u> <u>novo</u> review is not required. The result is the same as if no objection to the Report and Recommendation had been filed. <u>Cf</u>. <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505, 509 (6th Cir. 1991)(general objection to entirety of magistrate's report has same effect as would failure to object).

The Court is satisfied that no clear error appears on the face of the record. Accordingly, the objection is OVERRULED and the Report and Recommendation (#76) is adopted in its entirety. The plaintiff's motion for preliminary injunction (#55) is denied.

      <u>S/Algenon L. Marbley</u>
      Algenon L. Marbley
      United States District Judge