**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Charles William Carter,  :

    Plaintiff,  :

  v.  :  Case No. 2:05-cv-0380

Reginald A. Wilkinson,  :
et al.,  :  JUDGE MARBLEY

    Defendants.  :

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the December 6, 2010 Opinion and Order, the Court OVERRULES Mr. Carter's objection and ADOPTS the Report and Recommendation in its entirety. The Court GRANTS the remaining defendants' motions for summary judgment and DENIES Plaintiff's second motion for judgment on the pleadings. Final Judgment is entered in favor of the defendants.

Date: **December 6, 2010**        **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    Betty L. Clark/Deputy Clerk